UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                        CASE NO. 10 B 01179
                                              CHAPTER 13
MARIA H VELAZQUEZ

                                              JUDGE JANET S BAER

        DEBTOR                                **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>CAPITAL ONE NA</u>

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 6 | 9768 | $21,401.46 | $19,000.00 | $19,000.00 |
| Total Amount Paid by Trustee | | | | | $19,000.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 10-01179-JSB

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 12th day of November, 2014.

Debtor:
MARIA H VELAZQUEZ
9388 HOME CIRCLE
DES PLAINES, IL 60016

Attorney:
ARTURO P GONZALEZ
920 DAVIS RD # 100
ELGIN, IL 60123
via Clerk's ECF noticing procedures

Mortgage Creditor:
PROVIDENT FUNDING ASSOC LP
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527

Creditor:
CAPITAL ONE NA
PO BOX 17000
BALIMORE, MD 21297

Mortgage Creditor:
FIFTH THIRD BANK
PO BOX 630778
CINCINNATI, OH 45263

Mortgage Creditor:
NATIONAL CITY BANK
% EKL WILLIAMS PLLC
901 WARRENVILLE RD # 175
LISLE, IL 60532

Mortgage Creditor:
NATIONAL CITY BANK
% PNC BANK NA
2730 LIBERTY AVE
PITTSBURGH, PA 15222

ELECTRONIC SERVICE - United States Trustee

Date: November 12, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603